UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

|  |  |
|---|---|
| JACQUELINE L. HAMLIN ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE HOME DEPOT U.S.A., INC. ) <br>   t/a THE HOME DEPOT ) <br> ) <br> Defendant. ) <br> ) | Case No. MJG-02-CV-516 |

### ORDER

Upon consideration of Plaintiff's Motion for Extension of Time, it is this _25th_ day of _October_, 2002, by the United States District Court for the District of Maryland

ORDERED, that the Motion be and is hereby GRANTED.

_____
UNITED STATES DISTRICT JUDGE