**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(NORTHERN DIVISION)**

| | |
|---|---|
| JACQUELINE L. HAMLIN      ) | |
|      ) | |
|        Plaintiff,      ) | |
|      ) | |
| v.      ) | Case No. MJG-02-CV-516 |
|      ) | |
| THE HOME DEPOT U.S.A., INC.      ) | |
|    t/a THE HOME DEPOT      ) | |
|      ) | |
|        Defendant.      ) | |

**ORDER**

Upon consideration of Plaintiff's Motion to Dismiss, it is
this **5th** day of **November**_____, 2002, by the United
States District Court for the District of Maryland

ORDERED, that the Motion be and is hereby GRANTED; and, it
is further

ORDERED, that Case No. MJG-02-CV-516 is hereby dismissed
*without prejudice. If plaintiff seeks dismissal
without prejudice she may so move by
November 12, 2002 and defendant may respond*

_____
UNITED STATES DISTRICT JUDGE